ANDREW J. HAIN, Individually and as Executor of HOLLY J. HAIN, Deceased, Respondent, v ANGELA J. JAMISON et al., Appellants, and DRUMM FAMILY FARM, INC., Respondent.

Submitted March 21, 2016; decided March 24, 2016

Motion by Nicholas Rivers for leave to file a brief amicus curiae on the appeal herein denied. Motion for poor person relief dismissed as academic.

NELLA MANKO, Appellant, v LENOX HILL HOSPITAL, Respondent.

Decided March 24, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the orders appealed from do not finally determine the action within the meaning of the Constitution.

LINDA P. NASH, Respondent, v PORT AUTHORITY OF NEW YORK AND NEW JERSEY, Appellant.

Decided March 24, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie. The terms of this Court's remittitur were not violated and an appeal therefore does not lie as of right.

Judge ABDUS-SALAAM taking no part.